IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEREK TATE,** | CIV S-02-2337 MCE GGH P |
| Petitioner, | |
| v. | |
| **ANTHONY LAMARQUE,** | |
| Respondent. | |

**PROPOSED ORDER**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEREK TATE,** | CIV S-02-2337 MCE GGH |
| Petitioner, | **ORDER** |
| v. | |
| **ANTHONY LAMARQUE,** | |
| Respondent. | |

GOOD CAUSE APPEARING,

IT IS ORDERED that Respondent's application for an enlargement of time is granted. A response to the amended petition for writ of habeas corpus shall be filed on or before July 19, 2005.

Dated: 6/22/05

/s/ Gregory G. Hollows

HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge

tate2337.eot06

Proposed Order

1