IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEREK TATE,                             No. 2:02-cv-2337-MCE-GGH-P

      Petitioner,

  v.                                    <u>ORDER</u>

ANTHONY LAMARQUE,

      Respondent.
_____/

    Petitioner, a state prisoner proceeding pro se, has filed this Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On January 19, 2006, the magistrate judge filed Findings and Recommendations herein which were served on all parties and which contained notice to all parties that any Objections to the Findings and Recommendations were to be filed within twenty (20) days.

1

Petitioner has filed Objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed January 19, 2006, are adopted in full;

2. The following claims are dismissed as unexhausted: 1) counsel was ineffective for failing to investigate the validity of Petitioner's prior convictions; 2) jury instruction error; and 3) the trial court abused its discretion when it would not permit Petitioner to attend his Marsden hearing;

3. Petitioner's request to stay this action to exhaust these claims is denied;

4. The briefing schedule set in the January 11, 2006, Order is modified as follows: within thirty (30) days of the date of this Order, respondent shall file an Answer addressing those claims found exhausted in the January 11, 2006, order; Petitioner may file a reply within thirty (30) days thereafter.

DATED: March 7, 2006

1
2
3                                    _____
4                                    MORRISON C. ENGLAND, JR
                                     UNITED STATES DISTRICT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26