**FILED**

APR 1 2 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEREK TATE,** | CIV S-02-2337 MCE GGH P |
| Petitioner, | ORDER |
| v. | |
| **ANTHONY LAMARQUE,** | |
| Respondent. | |

GOOD CAUSE APPEARING,

IT IS ORDERED that Respondent's request for a 30-day enlargement of time is granted. The answer to the petition shall be filed on or before May 6, 2006.

Dated: April 11, 2006

GREGORY G. HOLLOWS
_____
The Honorable Gregory G. Hollows
UNITED STATE MAGISTRATE JUDGE

[Proposed] Order

1