IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEREK TATE,** | CIV S-02-2337 MCE GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **ANTHONY LAMARQUE,** | |
| Respondent. | |

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that Respondent's request for a second enlargement of time is granted. The answer to the petition shall be filed on or before June 5, 2006.

Dated: 5/9/06

/s/ Gregory G. Hollows

_____
The Honorable Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

tat2337.eot(2)

1