IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEREK TATE,

        Petitioner,                        No. CIV S-02-2337 MCE GGH P

    vs.

ANTHONY LAMARQUE,

        Respondent.                   <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file and serve a reply to respondent's answer. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's June 26, 2006 request for an extension of time is granted; and

        2. Petitioner shall file and serve his reply to respondent's answer within thirty days of the date of this order.

DATED: 7/6/06

                                               /s/ Gregory G. Hollows

                                               _____
                                               GREGORY G. HOLLOWS
                                               UNITED STATES MAGISTRATE JUDGE

GGH:bb
tate2337.111