IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEREK TATE,

        Petitioner,                 No. CIV S-02-2337 MCE GGH P

    vs.

ANTHONY LAMARQUE,

        Respondent.          ORDER

_____/

        Petitioner has filed a second request an extension of time to file and serve a reply to  respondent's answer.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Petitioner's July 31, 2006 motion for an extension of time is granted; and

        2.  Petitioner shall file and serve his reply to respondent's answer on or before September 20, 2006.

DATED: 8/14/06

                               /s/ Gregory G. Hollows

                               _____

                               GREGORY G. HOLLOWS
                               UNITED STATES MAGISTRATE JUDGE

GGH:bb
tate2337.111(2)