IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEREK TATE,

    Petitioner,           No. CIV S-02-2337 MCE GGH P

    vs.

ANTHONY LAMARQUE,

    Respondent.        ORDER

_____/

    Petitioner has filed a third request for an extension of time to file a reply to respondent's answer. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's September 20, 2006 third request for an extension of time is granted; and

    2. Petitioner shall file a reply to respondent's answer on or before October 30, 2006; no further extensions of time shall be granted.

DATED: 9/27/06

                /s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
tate2337.111(3)