IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEREK TATE,

    Petitioner,               No. CIV S-02-2337 MCE GGH P

    vs.

ANTHONY LAMARQUE,

    Respondent.          ORDER

_____/

        Petitioner has requested an extension of time to file his objections to the July 13, 2007 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's July 20, 2007 request for an extension of time (doc. 91) is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file his objections to the July 13, 2007 findings and recommendations.

DATED: 7/30/07

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
tate2337.111