IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEREK TATE,

        Petitioner,                    No. CIV S-02-2337 MCE GGH P

    vs.

ANTHONY LAMARQUE,              <u>ORDER</u>

        Respondent.

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's September 28, 2007, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

///

///

1    A certificate of appealability should be granted for any issue that petitioner can
2    demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different
3    court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford,
4    290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]
5    Petitioner has made a substantial showing of the denial of a constitutional right in
6    the following issues presented in the instant petition:  1) whether the trial court abused its
7    discretion when it permitted introduction of prior bad acts evidence against petitioner; 2) whether
8    the trial court abused its discretion when it denied petitioner's motion to testify; 3) whether
9    counsel was ineffective for failing to investigate and challenge the prior bad acts evidence; 4)
10   whether the trial court improperly granted petitioner's motion to represent himself; 5) whether
11   the trial court improperly denied petitioner's motion for a continuance; 6) whether the
12   prosecution committed misconduct by withholding evidence in violation of Brady; 7) whether the
13   remaining claims were properly dismissed as either unexhausted or barred by the statute of
14   limitations.
15   Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is
16   issued in the present action.

Dated: November 7, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings, at 1010.