IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEREK TATE,

    Petitioner,            No. CIV S-02-2337 MCE GGH P

    vs.

ANTHONY LAMARQUE, et al.,

    Respondent.          ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 28, 2007, judgment was entered. This action is now on appeal to the Ninth Circuit Court of Appeals.

        On January 17, 2008, petitioner filed requests for production of transcripts and excerpt of records. Because no transcripts were prepared in this action, petitioner's request is denied as unnecessary. See Fed. R. App. P. 10. The Clerk of the Court will forward all necessary documents to the Ninth Circuit. See Fed. R. App. P. 11.

/////

/////

/////

/////

1

1 | Accordingly, IT IS HEREBY ORDERED that petitioner's January 17, 2008,
2 | motions for transcripts and excerpt of records are denied.
3 | DATED: 01/29/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

7 | tate.ord