IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEREK TATE,

    Petitioner,               No. CIV S-02-2337 MCE GGH P

    vs.

ANTHONY LAMARQUE, et al.,

    Respondents.          ORDER

_____/

        On September 28, 2007, the court denied petitioner's petition for writ of habeas corpus and judgment was entered. This action is now on appeal to the Ninth Circuit Court of Appeals.

        On April 10, 2008, petitioner filed a motion to reopen proceedings. "The filing of a notice of appeal divests a district court of jurisdiction over those aspects of the case involved in the appeal." Stein v Wood, 127 F.3d 1187, 1189 (9th Cir.1997). Petitioner's motion concerns this court's handling of his habeas petition. Because this action is now on appeal, the court lacks jurisdiction to consider the motion.

/////

/////

/////

Accordingly, IT IS HEREBY ORDERED that petitioner's April 10, 2008, motion to reopen proceedings is denied.

Dated: May 6, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE